UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Ziyad Suleiman,                                            Civ. No. 06-115 (RHK/RLE)

                 Petitioner,

vs.                                                  **ORDER**

R.L. Morrison, Warden,

                 Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS ORDERED:**

1. Petition for a Writ of Habeas Corpus, pursuant to Title 28 U.S.C. §2241 [Doc. No.1] is **GRANTED.**

2. Respondent is directed to reconsider the date when Petitioner should be assigned to a CCC, in light of the criteria set forth in Title 18 U.S.C. § 3621(b) and without regard to 28 C.F.R. §§ 570.20 and .21.

Dated: May 2, 2006

                                                             s/ Richard H. Kyle
                                                             Richard H. Kyle
                                                             United States District Judge